Maureen Gaughan
PO Box 6729
Chandler, AZ    85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| THOSE ANIMALS, LLC | ) | |
| | ) | No. 16-13974-PHX-BKM |
| THOSE ANIMALS, INC | ) | No. 16-13975-PHX-BKM |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S SALE |
| | ) | |
| Debtor(s) | ) | |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on June 30, 2017 at 8:30 am. at 230 N. 1st Ave Ste 102 Phoenix, Arizona.

Property to be sold:   The Estates' rights in any trademarks, tradenames, website and patents, including registered servicemark "Those Animals" US Serial Number 86326109 Registration Number 4681975 and Patent No US9,145,067 B1 dated September 29, 2015

Purchase price: $1,000.00

Terms of Sale:   Cashier's Check

To: Fatih Celik or to any person making a higher and better offer.

Additional information may be obtained by contacting the Trustee

There is not an appraisal of the property.

The Property will be sold "as is, where is" with no warranties or representations made or implied. Prospective purchasers are encouraged to personally inspect and perform their own due diligence of the property being sold.   All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.   Buyer will be responsible for all costs of sale, including transportation costs.

Any person opposing the sale shall file a written objections on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court,   230 N. First Ave., Phoenix, AZ   85003 and mailed to the

trustee, Maureen Gaughan, at the following address: PO Box 6729, Chandler, AZ 85246-6729 and Steven J. Brown 1414 E. Indian School Road Ste 200 Phoenix, Az 85014.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

      /s/ Maureen Gaughan
Maureen Gaughan, Trustee